William R. Travers, *Respondent*, v. John McB. Davidson, *Appellant*.—Reargument ordered upon printed briefs to be presented within twenty days after notice of the decision.

Union Dime Savings Institution of the City of New York, *Appellant*, v. Francis J. Clark, *Respondent.* — Order affirmed on the opinion of Potter, J.

William F. Kidder, *Respondent*, v. John Bowne and others, *Executors, etc.*, ————. Joseph Richardson, *Petitioner, etc., Appellant.* — Order reversed, without costs. Opinion *Per Curiam.*